IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAIRAN CALDERON-BATISTA,<br><br>Petitioner,<br><br>vs.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, KRISTI NOEM, Secretary, U.S. Department of Homeland Security; PAMELA BONDI, U.S. Attorney General; FIELD OFFICE DIRECTOR, Immigration and Customs Enforcement, Enforcement and Removal Operations, Fort Snelling, MN; FIELD OFFICE DIRECTOR, Immigration and Customs Enforcement, Enforcement and Removal Operations, Omaha, NE; and WARDEN, McCook Detention Center,<br><br>Respondents. | **7:26CV5002**<br><br><br>**ORDER SETTING HEARING ON PETITION FOR WRIT OF HABEAS CORPUS** |

In this action for habeas corpus relief pursuant to 28 U.S.C. § 2241, the Court entered an Order to Show Cause on February 3, 2026, stating *inter alia* that the Court would promptly set a hearing on the Petition upon Calderon-Batista's filing of proof of service of the Petition and the Show Cause Order upon Respondents. Filing 6 at 5. On February 6, 2026, Counsel for the State Respondent filed an appearance and a Response to Order to Show Cause. Filing 6; Filing 7. On February 9, 2026, Petitioner filed an Affidavit of Service on all Respondents with Proof of Service forms and delivery confirmations. Filing 8. Consequently, the Court now sets a hearing on the Petition.

Accordingly,

1

IT IS ORDERED that a hearing on Petitioner's Petition for Writ of Habeas Corpus is set for Friday, February 20, 2026, at 10:00 a.m. (CDT), in Courtroom Five on the Third Floor of the Roman Hruska Federal Courthouse in Omaha, Nebraska. The hearing will consist of oral arguments and will be based on written submissions already in the record at that time. If any party believes that testimony of a witness or witnesses is required, that party must file a motion not later than 12:00 p.m. on Monday, February 16, 2026, identifying the witness or witnesses the party believes to be necessary and the amount of time examination of that witness is expected to take.

Dated this 10th day of February, 2026.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge